**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>AERO SERVICES GROUP, INC.,<br><br>Defendant. | Case No.: 4:25-cv-124 _____<br><br>**NOTICE OF REMOVAL** |

Defendant Aero Services Group, Inc. by and through its undersigned counsel, and pursuant to U.S.C. §§ 1331 and 1446, remove this action to the United States District Court for the Southern District of Iowa, Central Division.

In support of its removal, Defendant states the following:

**PROCEDURAL REQUIREMENTS**

1.  On March 10, 2025, Plaintiff Juan Hernandez initiated this action by filing his Petition and Jury Demand in the Iowa District Court for Polk County, captioned as *Juan Hernandez vs. Aero Services Group, Inc.*, case number LACL 161851 ("State Court Action").

2.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant in the State Court Action are filed contemporaneously with this Notice of Removal, including the Petition at Law (Exhibit A), Original Notice (Exhibit B), Petition and Jury Demand (Exhibit B), and a duplicate of the Petition at Law and Jury Demand (Exhibit C), and the Affidavit of Service (Exhibit D). There have been no further proceedings in the Iowa District Court for Polk County in this case to date.

3. This removal is timely filed. Defendant was served with process on March 17, 2025. Accordingly, as required by 28 U.S.C. § 1446(b), this Notice of Removal is timely filed within 30 days of March 17, 2025.

4. A Notice of Filing of Removal and a copy of this Notice of Removal to Federal Court are being contemporaneously filed herewith in the Iowa District Court, Polk County, as required by 28 U.S.C. § 1446(d) and copies of the same have been served upon Plaintiff as verified by the attached Affidavit of Service.

## JURISDICTION BASED ON FEDERAL QUESTION

4. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331 which provides that federal courts have original jurisdiction over "all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331.

5. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over the instant action because all the claims asserted by Plaintiff are brought under federal law. In his Petition, Plaintiff claims that Defendant violated the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. See Exhibit A, Petition at ¶¶ 1, 15-29.

## VENUE

6. Venue lies in the U.S. District Court for the District of Iowa, Southern District, Central Division, pursuant to 28 U.S.C. §§ 105(b)(4), 1391, 1441(a) and 1446(a). Removal to this court is proper because this Court is the federal district court embracing the Iowa District Court for Polk County, Iowa where the State Court Action was filed. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**NO WAIVER OF DEFENSES**

7. By removing this matter, Defendant does not waive or intend to waive any defense including, but not limited to, insufficiency of process and insufficiency of service of process.

8. A copy of this Notice of Removal and exhibits hereto have been served upon Plaintiff, and, together with a Notice of Filing of Removal, will be filed with the Clerk of the Iowa District Court, Polk County, Iowa pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Aero Services Group, Inc. hereby moves this action from the Iowa District Court for Polk County to the United States District Court for the District of Iowa, Southern Division, Central District, based on original federal question jurisdiction and respectfully requests that this Court take jurisdiction of this action to the exclusion of any further proceedings in State Court.

/s/ Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA  52401
Telephone:  (319) 286-7000
Facsimile:  (319) 286-7050
Email:  fmhaas@nyemaster.com

and
**LATHROP GPM LLP**

Caitlin R. Gehlen (MN #0398472)
    (*pro hac vice forthcoming*)
3100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612.632.3000
Caitlin.Gehlen@lathropgpm.com

**ATTORNEYS FOR DEFENDANT
AERO SERVICES GROUP, INC.**

# CERTIFICATE OF SERVICE

I certify that on April 3, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

**Harley C. Erbe, AT0002430**
ERBE LAW FIRM
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Office: (515) 281-1460
Mobile: (515) 229-0202
Facsimile: (515) 384-0084
E-Mail: harleyerbe@erbelaw.com


**J. Barton Goplerud, AT0002983**
**Brian O. Marty, AT0011622**
**Madeleine Miller, AT0015295**
SHINDLER ANDERSON GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: marty@sagwlaw.com
Email: mmiller@sagwlaw.com

**ATTORNEYS FOR PLAINTIFFS**


               */s/ Shannon Greenman*