# IN THE IOWA DISTRICT COURT IN AND FOR POLK COUNTY

| | |
|---|---|
| JUAN HERNANDEZ, <br><br> Plaintiff, <br><br> vs. <br><br> AERO SERVICES GROUP, INC., <br><br> Defendants. | CASE NO. <br><br><br> ORIGINAL NOTICE |

TO THE ABOVE-NAMED DEFENDANT:

You are hereby notified that there is now on file in the office of the Clerk of the above court a Petition in the above-entitled action, a copy of which is attached hereto (along with copies of any documents filed with it). The Plaintiff's attorneys are J. Barton Goplerud of the law firm of Shindler, Anderson, Goplerud & Weese, P.C., whose address is 5015 Grand Ridge Drive #100, West Des Moines, Iowa 50265, whose phone number is 515-223-4567, and whose fax number is 515-223-8887 and attorney Harley Erbe of Erbe Law Firm, 2501 Grand Ave, Des Moines, IA 50312, whose phone number is 515-229-0202.

Iowa is a state which utilizes electronic filing in all counties. General rules and information on electronic filing are contained Iowa Court Rules Chapter 16. Information regarding requirements related to the protection of personal information in court filings is contained in Iowa Court Rules Chapter 16, Division VI. You must serve a motion or answer within 20 days after service of this Original Notice upon you by using the Iowa Judicial Branch Electronic Document Management System (EDMS) at www.iowacourts.state.ia.us/efile, unless you obtain from the court an exemption from electronic filing requirements. If you do not file your appearance, motion to answer within 20 days from the date you are served with this Original Notice, judgment by default will be rendered against you for the relief demanded in the Petition.

CLERK OF COURT
500 Mulberry Street
Room #212
Des Moines, IA 50309

NOTE: *The attorney who is expected to represent the Defendant(s) should be promptly advised by Defendant(s) of this Original Notice.*

*If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your District ADA Coordinator at 515-561-5818. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).*

1

EXHIBIT B

# Iowa Judicial Branch

| | |
|---|---|
| Case No. | LACL161851 |
| County | Polk |

Case Title   JUAN HERNANDEZ VS AERO SERVICES

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

Scheduled Hearing:

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(515) 561-5818**. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

Date Issued   03/10/2025 04:21:23 PM



District Clerk of Court or/by Clerk's Designee of Polk   County
/s/ Jeremy Alvarez