E-FILED  2025 MAR 17 4:43 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| Juan Hernandez | Case No.:  LACL161851 |
| Plaintiff/Petitioner | |
| vs. | |
| Aero Services Group, Inc. | AFFIDAVIT OF SERVICE OF |
| Defendant/Respondent | ORIGINAL NOTICE; PETITION |

Received by **Jeremy Wirta**, on the **13th day of March, 2025 at 11:20 PM** to be served upon **Aero Service Group** at **6111 Excelsior Blvd, Minneapolis, Hennepin County, MN 55416**.
On the **14th day of March, 2025 at 3:46 PM**, I, Jeremy Wirta, SERVED Aero Service Group at 6111 Excelsior Blvd, Minneapolis, Hennepin County, MN 55416 in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the above listed documents to the named Corporation, by serving **theresa jones**, on behalf of said Corporation.
THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
I delivered the documents to theresa jones who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a red-headed white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.

Service Fee Total: **$85.00**

Per 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

NAME: Jeremy Wirta                    N/A                                    _____
                                        Server ID #                              Date

Notary Public: Subscribed and sworn before me on this 17º day of March in the year of 2025
Personally known to me ____ or  X  identified by the following document:

Number/Reference: K891184528018
Type: DL
Notary Public for State of: Minnesota
Commission Expiration: Jan 31 2030

Notary Public (Legal Signature)

JAMES F GAMBLE
Notary Public
Minnesota
My Commission Expires 01/31/2030