# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>           Plaintiff,<br><br>v.<br><br>AERO SERVICES GROUP, INC.,<br><br>           Defendant. | Case No.: 4:25-cv-124<br><br>**LOCAL RULE 81(a) STATEMENT** |

Defendant Aero Services Group, Inc., pursuant to Local Rule 81(a), certifies:

1. The pleadings and other papers served on Defendant are listed below and are attached to the Notice of Removal:

    a. Petition at Law and Jury Demand (Exhibit A)

    b. Original Notice (Exhibit B)

    c. Petition at Law and Jury Demand (duplicate) (Exhibit C)

    d. Affidavit of Service (Exhibit D)

2. There are no motions pending in the Iowa District Court for Polk County that will require resolution by this Court.

3. The following attorneys have appeared on behalf of Plaintiff in the state court action:

    Harley C. Erbe
    ERBE LAW FIRM
    2501 Grand Avenue, First Floor
    Des Moines, Iowa 50312
    Office: (515) 281-1460
    Mobile: (515) 229-0202

facsimile: (515) 384-0084
E-Mail: harleyerbe@erbelaw.com

J. Barton Goplerud
SHINDLER ANDERSON GOPLERUD &
WEESEP.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (5 15) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@saglaw.com


Brian O. Marty
SHINDLER ANDERSON GOPLERUD &
WEESEP.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (5 15) 223-4567
Facsimile: (515) 223-8887
Email: marty@saglaw.com


Madeline Miller
SHINDLER ANDERSON GOPLERUD &
WEESEP.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (5 15) 223-4567
Facsimile: (515) 223-8887
mmiller@saglaw.com


4. The following attorneys have appeared on behalf of Defendant in the state court action:

Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA  52401
Telephone:  (319) 286-7000
Facsimile:  (319) 286-7050
Email:  fmhaas@nyemaster.com

/s/ Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA  52401
Telephone:  (319) 286-7000
Facsimile:  (319) 286-7050
Email:  fmhaas@nyemaster.com


and
**LATHROP GPM LLP**

Caitlin R. Gehlen (MN #0398472)
    (*pro hac vice forthcoming*)
3100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612.632.3000
Caitlin.Gehlen@lathropgpm.com

**ATTORNEYS FOR DEFENDANT
AERO SERVICES GROUP, INC.**

## **CERTIFICATE OF SERVICE**

I certify that on April 3, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

**Harley C. Erbe, AT0002430**
ERBE LAW FIRM
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Office: (515) 281-1460
Mobile: (515) 229-0202
Facsimile: (515) 384-0084
E-Mail: harleyerbe@erbelaw.com


**J. Barton Goplerud, AT0002983**
**Brian O. Marty, AT0011622**
**Madeleine Miller, AT0015295**
SHINDLER ANDERSON GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: marty@sagwlaw.com
Email: mmiller@sagwlaw.com

**ATTORNEYS FOR PLAINTIFFS**


                                         */s/ Shannon Greenman*