**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>     Plaintiff,<br><br>v.<br><br>AERO SERVICES GROUP, INC.,<br><br>     Defendant. | Case No. 4:25-CV-00124-SHL-SBJ<br><br>**DEFENDANT'S LOCAL RULE 7.1<br>DISCLOSURE STATEMENT** |

Defendant Aero Services Group, Inc. submits the following disclosure statement pursuant to Local Rule 7.1:

1.     Aero Services Group, Inc. does not have a parent corporation and is not a publicly-held corporation.

2.     Aero Services Group, Inc. does have 10% more of its stock owned by a publicly held corporation.

> /s/ Frances M. Haas, AT0009838
> NYEMASTER GOODE, P.C.
> 625 First Street SE, Suite 400
> Cedar Rapids, IA  52401
> Telephone:  (319) 286-7000
> Facsimile:  (319) 286-7050
> Email:  fmhaas@nyemaster.com
>
>
> and
> **LATHROP GPM LLP**

Caitlin R. Gehlen (MN #0398472)
(*pro hac vice forthcoming*)
3100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612.632.3000
Caitlin.Gehlen@lathropgpm.com

**ATTORNEYS FOR DEFENDANT
AERO SERVICES GROUP, INC.**

## CERTIFICATE OF SERVICE

I certify that on April 4, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

**Harley C. Erbe, AT0002430**
ERBE LAW FIRM
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Office: (515) 281-1460
Mobile: (515) 229-0202
Facsimile: (515) 384-0084
E-Mail: harleyerbe@erbelaw.com


**J. Barton Goplerud, AT0002983**
**Brian O. Marty, AT0011622**
**Madeleine Miller, AT0015295**
SHINDLER ANDERSON GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com
Email: marty@sagwlaw.com
Email: mmiller@sagwlaw.com

**ATTORNEYS FOR PLAINTIFFS**


*/s/ Shannon Greenman*