# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ, | * | CIVIL NO. 4:25-cv-00124-SHL-SBJ |
| Plaintiff, | * | |
| v. | * | **SCHEDULING AND** |
| AERO SERVICES GROUP, INC., | * | **TRIAL SETTING ORDER** |
| Defendant. | * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on May 30, 2025. Based on the discussions during the conference and the parties' proposed schedule (Dkt. 10), it is hereby ordered:

1. A Jury Trial will begin on October 26, 2026, at 9:00 a.m., before United States District Judge Stephen H. Locher, in the United States Courthouse, Des Moines, Iowa. The parties estimate trial will take 5 days.

2. A Final Pretrial Conference will be held on October 8, 2026, at 11:00 a.m., in the United States Courthouse, Des Moines, Iowa, before United States District Judge Stephen H. Locher.

3. The parties must exchange initial disclosures by June 6, 2025.

4. Motions to add parties must be filed by July 23, 2025.

5. Motions for leave to amend pleadings must be filed by July 23, 2025.

6. Plaintiff must designate expert witnesses and disclose their written reports by November 24, 2025.

7. Defendant must designate expert witnesses and disclose their written reports by January 23, 2026.

8. Plaintiff must designate rebuttal expert witnesses and disclose their written reports by February 23, 2026.

9. Discovery must be completed by April 23, 2026. Written discovery must be propounded so that the time for response is not later than the deadline to complete discovery.

10.   Dispositive motions must be filed by May 22, 2026.

IT IS SO ORDERED.

Dated May 30, 2025.

*[signature]*

Stephen B. Jackson, Jr.
Chief U.S. Magistrate Judge