# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| **JUAN HERNANDEZ,** | Case Number: 4:25-cv-00124-SHL-SBJ |
| **Plaintiff,** | |
| vs. | **PLAINTIFF'S SECOND SET OF INTERROGATORIES TO DEFENDANT** |
| **AERO SERVICES, INC.,** | |
| **Defendant.** | |

Notice is hereby given that Plaintiff has served to all counsel of record his second set of interrogatories to all parties by E-Mail on this 6th day of February 2026.

Respectfully submitted,

**/s/ J. Barton Goplerud**
**J. Barton Goplerud, AT0002983**
SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265-5749
Telephone:    (515) 223-4567
Facsimile:    (515) 223-8887
Emails:goplerud@sagwlaw.com

**/s/ Brian O. Marty**
**Brian O. Marty, AT0011622**
SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: marty@sagwlaw.com

**/s/ Ben Barret**

                                              **Ben Barret, AT0016428**
SHINDLER, ANDERSON, GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: barrett@sagwlaw.com

*ATTORNEYS FOR PLAINTIFF*

Copy to:

Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401

and
**LATHROP GPM LLP**

Caitlin R. Gehlen (MN #0398472)
    *(pro hac vice forthcoming)*
Michael R. Link (#0390019)
    *(pro hac vice forthcoming)*
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

ATTORNEYS TO DEFENDANT

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleading on ____2/6_____, 2026.
By: _____ U.S. Mail          _____ Facsimile
    _____ Hand delivered     _____ Overnight courier
    __X__ Email              _____ ECF

Signature _____/s/ Gloria Cayetano-Beatriz_____ _____