**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:25-CV-00124-SHL-SBJ |
| v. | ) | |
| | ) | |
| AERO SERVICE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

---

**JOINT MOTION TO SET SUMMARY JUDGMENT BRIEFING DEADLINES**

---

Plaintiff Juan Hernandez ("Plaintiff") and Defendant Aero Service Group, Inc. ("Defendant") jointly move this Court for entry of an Order setting the following briefing schedule for the parties' anticipated competing motions for summary judgment:

- Moving Party's Documents – **May 22, 2026** (this is the current dispositive motion deadline in the Scheduling and Trial Setting Order – Dkt. 12).

- Resisting Party's Documents – **June 22, 2026**.

- Reply to Resisting Party's Documents – **July 10, 2026**.

The joint request to differ from the deadlines prescribed by Local Rule 56 is made because of the parties' schedules, the Memorial Day and Fourth of July holiday season, and for briefing efficiency and cost savings given the anticipated competing motions. This motion is made in good faith and not for the purpose of creating unnecessary delay. No prior extensions have been requested or granted in this matter. This extension is not expected to impact that Final Pretrial Conference set for October 8, 2026, or the Jury Trial set to begin on October 26, 2026.

82579121v1

2

Dated: April 22, 2026

Respectfully submitted,

*/s/ J. Barton Goplerud*
Harley C. Erbe, AT0002430
ERBE LAW FIRM
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
515-281-1460
harleyerbe@erbelaw.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
Madeleine Miller, AT0015295
SHINDLER ANDERSON GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
515-223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com
mmiller@sagwlaw.com

**ATTORNEYS FOR PLAINTIFF**

Dated: April 22, 2026

By */s/Michael R. Link*
Caitlin R. Gehlen (*pro hac vice*)
Michael R. Link (*pro hac vice*)
LATHROP GPM LLP
80 South Eighth Street
3100 IDS Center
Minneapolis, MN 55402
612.632.3000
caitlin.gehlen@lathropgpm.com
michael.link@lathropgpm.com

Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401
319.286.7000
fmhass@nyemaster.com

**ATTORNEYS FOR DEFENDANT**

2

82579121v1

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing system this the 22nd day of April 2026, on the following:

All parties and counsel in this matter

*/s/Michael R. Link*

3

82579121v1