**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| JUAN HERNANDEZ            ) | |
| )                        | |
|     Plaintiff,            ) | |
| )                        | Case No. 4:25-CV-00124-SHL-SBJ |
| v.                       ) | |
| )                        | |
| AERO SERVICE GROUP, INC.,    ) | |
| )                        | |
|     Defendant.            ) | |

## ORDER SETTING SUMMARY JUDGMENT BRIEFING DEADLINES

Based upon the joint motion of the parties, it is hereby ORDERED that the parties shall have the following deadlines to brief their competing summary judgment motions in this matter:

- Moving Party's Documents – **May 22, 2026** (current dispositive motion deadline in the Scheduling and Trial Setting Order – Dkt. 12).

- Resisting Party's Documents – **June 22, 2026**.

- Reply to Resisting Party's Documents – **July 10, 2026**.

It is so ORDERED.

_____
STEPHEN B. JACKSON, JR.
Chief U.S. Magistrate Judge