**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ<br><br>Plaintiff,<br><br>v.<br><br>AERO SERVICE GROUP, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:25-CV-00124-SHL-SBJ |

# JOINT MOTION FOR LEAVE TO FILE FLSA SETTLEMENT DOCUMENTS UNDER SEAL

Plaintiff Juan Hernandez ("Plaintiff") and Defendant Aero Service Group, Inc. ("Defendant") jointly move this Court for leave to file under seal the parties' FLSA settlement documents and, in support thereof, state as follows:

1. Plaintiff brought this action asserting claims against Defendant under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq*., arising from his employment with Defendant.

2. Defendant denies Plaintiff's allegations and disputes liability and the amount of damages allegedly owed.

3. The parties have engaged in arms-length settlement negotiations, including mediation with Retired U.S. District Court Judge Mark W. Bennett, and have reached an agreement ("Settlement Agreement") fully resolving the matter, including Plaintiff's FLSA claims.

4. The parties intend to submit the Settlement Agreement to the Court for review and approval consistent with the standard set forth in *Rowe v. Iowa*, No. 419CV00256SHLSBJ, 2023 WL 7101875 (S.D. Iowa Aug. 21, 2023); *Guy v. DMG Installations, Inc.*, No. 4:20-CV-00331-

SBJ, 2021 WL 4973251 (S.D. Iowa Oct. 22, 2021); and related case law. The settlement documents contain confidential financial information concerning the negotiated resolution of the parties' disputed FLSA claims, including the total settlement consideration, as well as the allocation of the settlement proceeds between Plaintiff's wage claims and the attorneys' fees to be paid in connection with the settlement.

5. The parties' Settlement Agreement explicitly contains provisions concerning the confidentiality of the financial settlement terms. The parties negotiated those provisions as part of their resolution of the disputed claims.

6. As such, the parties respectfully request leave to publicly file versions of the Settlement Agreement and the parties' substantive Joint Motion for Approval of FLSA Settlement Agreement and Dismissal with confidential financial information redacted, and to file unredacted versions of those same documents under seal.

7. The requested relief is narrowly tailored. The parties do not seek to seal the docket or the pleadings generally. They seek to protect only the portions of settlement documents and information that disclose the confidential financial terms of the parties' negotiated resolution.

8. The parties recognize that judicial records are presumptively subject to public access and therefore do not rely solely upon the parties' private agreement concerning confidentiality as the basis for sealing. Rather, the parties request sealing because disclosure of the negotiated settlement consideration and related financial terms would reveal confidential compromise positions and financial information concerning the resolution of disputed claims, and public disclosure of those terms is not necessary to resolve any issue presently before the Court beyond the Court's review of the settlement itself.

9. The parties understand that sealed documents filed in this District are governed by Local Rule 5(c) and Public Administrative Order No. 25-AO-5-P. Under that Administrative Order, sealed documents remain filed through CM/ECF but are not accessible or viewable electronically by non-court users. The parties will therefore serve any sealed documents by an appropriate method other than CM/ECF and will file a certificate of service as required by the Court's Administrative Order.

10. The parties respectfully request that the Court enter an order granting them leave to file redacted documents and documents under seal as follows:

a. Publicly file the parties' Settlement Agreement and Joint Motion for Approval of FLSA Settlement Agreement and Dismissal with confidential financial settlement terms redacted;

b. File under seal unredacted versions of the parties' Settlement Agreement and Joint Motion for Approval of FLSA Settlement Agreement and Dismissal;

c. File under seal any supporting declaration, exhibit, or other document that discloses the confidential settlement amount, allocation, or attorneys' fees; and

d. the sealed materials remain under seal unless and until otherwise ordered by the Court.

WHEREFORE, Plaintiff and Defendant jointly request that the Court grant this Motion and enter an Order permitting the parties to file the settlement materials described above under seal, subject to the Court's Local Rules and applicable procedures governing sealed filings.

Dated: August 18, 2026

Respectfully submitted,

*/s/ J. Barton Goplerud*
Harley C. Erbe, AT0002430
ERBE LAW FIRM
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
515-281-1460
harleyerbe@erbelaw.com

J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
Madeleine Miller, AT0015295
SHINDLER ANDERSON GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
515-223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com
mmiller@sagwlaw.com

**ATTORNEYS FOR PLAINTIFF**

Dated: August 18, 2026

By */s/ Michael R. Link*
Caitlin R. Gehlen (*pro hac vice*)
Michael R. Link (*pro hac vice*)
LATHROP GPM LLP
80 South Eighth Street
3100 IDS Center
Minneapolis, MN 55402
612.632.3000
caitlin.gehlen@lathropgpm.com
michael.link@lathropgpm.com

Frances M. Haas, AT0009838
NYEMASTER GOODE, P.C.
625 First Street SE, Suite 400
Cedar Rapids, IA 52401
319.286.7000
fmhass@nyemaster.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing system this the 18th day of August, 2026, on the following:

All parties and counsel in this matter

*/s/ Michael R. Link*