**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>AERO SERVICE GROUP, INC.,<br><br>Defendant. | Case No.: 4:25-CV-00124-SHL-SBJ<br><br>**ORDER GRANTING JOINT MOTION TO FILE FLSA SETTLEMENT DOCUMENTS UNDER SEAL** |

Before the Court is the parties' Joint Motion for to File FLSA Settlement Documents Under Seal. Having reviewed the Motion and the record in this matter, the Court HEREBY ORDERS AS FOLLOWS:

1. The parties may publicly file the Settlement Agreement and Joint Motion for Approval of FLSA Settlement Agreement and Dismissal with all confidential financial settlement terms redacted;

2. The parties may file under seal unredacted versions of the parties' Settlement Agreement and Joint Motion for Approval of FLSA Settlement Agreement and Dismissal;

3. The parties may file under seal any supporting declaration, exhibit, or other document that discloses the confidential settlement amount, allocation, or attorneys' fees; and

4. The sealed materials shall remain under seal unless and until otherwise ordered by the Court.

SO ORDERED.

Dated: ____________________, 2026

_____________________________________

STEPHEN B. JACKSON
Chief U.S. District Court Magistrate Judge