**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| JUAN HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>AERO SERVICE GROUP, INC.,<br><br>Defendant. | Case No.: 4:25-cv-00124-SHL-SBJ<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND FOR DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Joint Motion for Approval of FLSA Settlement Agreement and Dismissal with Prejudice. Having reviewed the Motion, the parties' Settlement Agreement, and the record in this matter, the Court HEREBY ORDERS AS FOLLOWS:

1. The parties have identified a bona fide dispute, including concerning Plaintiff's claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq*., and the Settlement Agreement represents a fair and equitable compromise of those disputed claims.

2. The attorneys' fees and provided for in the Settlement Agreement were negotiated separately from Plaintiff's substantive recovery and the record does not demonstrate a conflict of interest between Plaintiff and Plaintiff's counsel concerning the amount of Plaintiff's recovery.

3. The Settlement Agreement is APPROVED.

4. This action is hereby DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs except as otherwise provided by the Settlement Agreement.

IT IS SO ORDERED.

Dated: September 18, 2026

______________________________
STEPHEN H. LOCHER
United States District Court Judge